JOSEPH R. CORIATY (SBN 291682)
jcoriaty@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017-5818
**Mailing Address:**
P.O. Box 17220
Los Angeles, CA 90017
Telephone:  213-415-7200
Facsimile:    213-415-7299

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN HOENOW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Florida corporation,<br><br>Defendant. | Case No. 2:22-cv-00747-JAM-CKD<br>District Judge John A. Mendez<br>Courtroom 6<br><br>**AMENDED STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES AND ORDER**<br><br>Complaint filed: 05/02/2022<br>Trial date:          04/15/2024 |

Plaintiff Kathleen Hoenow ("Plaintiff") and Sunbeam Products, Inc. ("Sunbeam"), (collectively, the "Parties") hereby stipulate, pursuant to the approval of the Court, to an extension governing the deadlines for the dates currently set forth in The Pretrial Order (Doc No. 11) ("Stipulation"). In support of the Stipulation, the Parties state as follows:

1. Plaintiff filed her complaint for personal injuries on May 2, 2022. (Doc 1). Defendant Sunbeam filed an answer to the complaint on May 27, 2022. (Doc 6).

2. Trial in this matter was set for January 22, 2024. (Doc. 11). This

1   Stipulation does not request a change of the trial date.

2       3.    On July 8, 2022, the Court issued a case management and pretrial order
3   containing the following deadlines:

4   -   EXPERT DISCLOSURE –INITIAL: June 5, 2023
5   -   EXPERT DISCLOSURE – REBUTTAL: June 19, 2023
6   -   EXPERT DISCOVERY CUTOFF: July 3, 2023
7   -   FACT DISCOVERY CUTOFF: July 3, 2023
8   -   DISPOSITIVE MOTION FILING DEADLINE: August 11, 2023
9   -   DISPOSITIVE MOTION HEARING DEADLINE: October 17, 2023
10  -   TRIAL DATE: January 22, 2024

11      4.    The Parties submitted an stipulation and proposed order to extend these
12  deadlines, but the Court could not accommodate pursuant to its only schedule.

13      5.    Plaintiff's deposition was taken on May 5, 2023.  Sunbeam and Plaintiff
14  responded to each other's written discovery in October of 2022 and January of 2023,
15  respectively.

16      6.    Despite both Parties' cooperation and best attempts to schedule a
17  mediation with a mutually agreeable mediator, such mediator was not available until
18  June 26, 2023.  Accordingly, Parties scheduled a mediation on June 26, 2023, with
19  mediator Byron Rabin of Judicate West.

20      7.    In an attempt to be mindful of judicial economy an in order to minimize
21  costs and expenses on behalf of Parties, efforts have been made since the outset of
22  the case to attempt to resolve the matter through ADR before the deadline for expert
23  discovery, fact discovery and the deadline to file a potential dispositive motion.
24  Indeed, the reason Parties request an extension of dates in this Stipulation is so that
25  they fall after the current June 26, 2023 mediation date.

26      8.    Parties have not requested any prior continuances in this matter.
27      9.    So that Parties can complete their investigation preparation to have
28

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017

sufficient information from which to engage in a meaningful mediation, and in an attempt to resolve the matter through ADR before expert discovery and related deadlines, Parties request an extension of the following deadlines and dates:

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED THAT by and between the Parties signatory to this Joint Stipulation, the following deadlines be extended as follows:

1. INITIAL EXPERT DISCLOSURE deadline until July 31, 2023.

2. REBUTTAL EXPERT DISCLOSURE be extended until August 14, 2023.

3. EXPERT DISCOVERY CUT OFF be extended until September 1, 2021.

4. FACT DISCOVERY CUTOFF be extended be extended until September 1, 2021.

5. DISPOSITIVE MOTION FILING DEADLINE be extended until October 17, 2023

6. DISPOSITIVE MOTION HEARING DEADLINE be extended until December 12, 2023.

7. JOINT MID-LITIGATION STATEMENT FILING DEADLINE be extended until August 18, 2023.

8. FINAL PRETRIAL CONFERENCE be extended until February 16, 2024 at 11:00 am.

9. JURY TRIAL be extended to April 15, 2024 at 9:00 am.

Dated:  May 26, 2023                                          GOLDBERG SEGALLA LLP

                                                              */s/ Joseph R. Coriaty*
                                                    By:       JOSEPH R. CORIATY
                                                              Attorneys for Defendant SUNBEAM PRODUCTS, INC.

| | |
|---|---|
| DATED: May 26, 2023 | JOHNSON BECKER PLLC |
| | |
| | By:   /s/ *Adam J. Kress*  (w/ permission) |
| |      ADAM J. KRESS |
| |      *Admission Pro Hac Vice to be Filed* |
| |      Associated Counsel for Plaintiff |
| |      KATHLEEN HOENOW |

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017

# ORDER

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

1. INITIAL EXPERT DISCLOSURE deadline until July 31, 2023.
2. REBUTTAL EXPERT DISCLOSURE be extended until August 14, 2023.
3. EXPERT DISCOVERY CUT OFF be extended until **September 1, 2023**.
4. FACT DISCOVERY CUTOFF be extended be extended until **September 1, 2023**.
5. DISPOSITIVE MOTION FILING DEADLINE be extended until **October 17, 2023**.
6. DISPOSITIVE MOTION HEARING DEADLINE be extended until **December 12, 2023, at 01:30 PM**.
7. JOINT MID-LITIGATION STATEMENT FILING DEADLINE be extended until August 18, 2023.
8. FINAL PRETRIAL CONFERENCE be extended until **February 16, 2024, at 11:00 AM**.
9. JURY TRIAL be extended to **April 15, 2024, at 9:00 AM**.
10. Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED**.

Dated: May 30, 2023           /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

AMENDED JOINT STIPULATION FOR EXTENSION OF TIME
FOR PRETRIAL DATES AND ORDER
Case No. 2:22-cv-00747-JAM-CKD