Jordon Harlan, Esq. (CA #273978)
**HARLAN LAW, P.C.**
1245 Island Avenue
San Diego, CA 92101
Telephone: (619) 870-0802
Fax: (619) 870-0815
jordon@harlanpc.com

Adam J. Kress, Esq. (MN #0397289)
*Admitted Pro Hac Vice*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
akress@johnsonbecker.com

**Attorneys for Plaintiff Kathleen Hoenow**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN HOWNOW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Florida corporation,<br><br>Defendant. | Case No. 2:22-cv-00747-JAM-CKD<br>District Judge John A. Mendez<br>Courtroom 6<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES AND ORDER**<br><br>Complaint filed: 05/02/2022<br>Trial date:          03/15/2024 |

Plaintiff Kathleen Hoenow ("Plaintiff") and Sunbeam Products, Inc. ("Sunbeam"), (collectively, the "Parties") hereby stipulate, subject to the approval of the Court, to an extension governing the deadlines for dispositive motions. In support of the Stipulation, the Parties state as follows:

1.  The deposition of Defendant's expert, Robert Miller, was scheduled for tomorrow, September 29, 2023. Unfortunately, Mr. Miller is ill with COVID-19, and

the parties agreed to reschedule Mr. Miller's deposition. Mr. Miller's rescheduled deposition is now set for Friday, October 6, 2023 via Zoom.

2. The Parties wish to extend the deadlines for the Dispositive Motion Filing and Hearing dates. Neither of the Parties will be prejudiced by such an extension.

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED THAT by and between the Parties signatory to this Joint Stipulation, the following deadlines be extended as follows:

1. DISPOSITIVE MOTION FILING DEADLINE be extended 31 days from October 23, 2023.

Dated: September 28, 2023                GOLDBERG SEGALLA LLP

By: */s/ Joseph R. Coriaty(w/ permission)*
JOSEPH R. CORIATY
Attorneys for Defendant SUNBEAM PRODUCTS, INC.

DATED: September 28, 2023                JOHNSON BECKER PLLC

By: */s/ Adam J. Kress* (w/ permission)
ADAM J. KRESS
*Admitted Pro Hac Vice*
Associated Counsel for Plaintiff
KATHLEEN HOENOW

## ORDER

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

1. DISPOSITIVE MOTION FILING DEADLINE be extended 31 days to **October 23, 2023**.

**IT IS SO ORDERED**.

Dated: October 11, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE