JENNIFER L. REDIEHS (SBN 349557)
 *jrediehs@goldbergsegalla.com*
JOSEPH R. CORIATY (SBN 291682)
 *jcoriaty@goldbergsegalla.com*
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017-5818
**Mailing Address:**
P.O. Box 17220
Los Angeles, CA 90017
Telephone:  213-415-7200
Facsimile:   213-415-7299

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN HOENOW, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>SUNBEAM PRODUCTS, INC., a Florida corporation,<br><br>              Defendant. | Case No. 2:22-cv-00747-JAM-CKD<br>District Judge John A. Mendez<br>Courtroom 6<br><br>**AMENDED SECOND STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES AND ORDER**<br><br>Complaint filed: 05/02/2022<br>Trial date:         03/15/2024 |

Plaintiff Kathleen Hoenow ("Plaintiff") and Sunbeam Products, Inc. ("Sunbeam"), (collectively, the "Parties") hereby stipulate, subject to the approval of the Court, to an extension governing the deadlines for dispositive motions. In support of the Stipulation, the Parties state as follows:

1.    The deposition of Defendant's expert, Robert Miller, was scheduled for September 29, 2023. Unfortunately, Mr. Miller was ill with COVID-19, and the parties agreed to reschedule Mr. Miller's deposition.  Mr. Miller's rescheduled deposition was set for Friday, October 6, 2023 via Zoom.

2.    The Parties wish to extend the deadlines for the Dispositive Motion

-1-

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017

Filing and Hearing dates.  Neither of the Parties will be prejudiced by such an extension.

3.      Parties previously stipulated to extending the Dispositive Motion Filing deadline 31 days from October 23, 2023; however, due to inadvertent clerical error, the Order provided to the Court for execution stated the "DISPOSITIVE MOTION FILING DEADLINE be extended 31 days to October 23, 2023." The  intent of the Parties was to extend the Dispositive Motion Filing deadline 31 days from October 23, 2023, namely until November 23, 2023.

Accordingly,   IT   IS   HEREBY   AGREED,   STIPULATED,   AND REQUESTED THAT by and between the Parties signatory to this Joint Stipulation, the following deadlines be extended as follows:

1.      DISPOSITIVE MOTION FILING DEADLINE be extended 31 days from October 23, 2023, until November 23, 2023.

Dated:  October 12, 2023                    GOLDBERG SEGALLA LLP


                                                             */s/ Joseph R. Coriaty*
                                              By:   JOSEPH R. CORIATY
                                                     Attorneys for Defendant SUNBEAM
                                                     PRODUCTS, INC.

DATED: October 12, 2023               JOHNSON BECKER PLLC


                                              By:   */s/  Adam J. Kress*  (w/ permission)
                                                     ADAM J. KRESS
                                                     *Admitted Pro Hac Vice*
                                                     Associated Counsel for Plaintiff
                                                     KATHLEEN HOENOW

1

2

## __ORDER__

3       Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court

4  hereby orders as follows:

5       1.      DISPOSITIVE MOTION FILING DEADLINE be extended 31 days

6  from October 23, 2023, until **November 23, 2023**.

7  **IT IS SO ORDERED**.

8

9   Dated: October 13, 2023          /s/ John A. Mendez

10                                   THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED SECOND STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES AND ORDER
Case No. 2:22-cv-00747-JAM-CKD