

United States District Court
Eastern District of California

| Kathleen Hoenow | Case Number: 2:22-cv-00747 JAM CKD |

Plaintiff(s)

V.

| Sunbeam Products, Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David J. O'Connell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Sunbeam Products, Inc.

On 04/26/1990 (date), I was admitted to practice and presently in good standing in the US District Court, Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/10/2024          Signature of Applicant: /s/ David J. O'Connell

**Pro Hac Vice Attorney**

Applicant's Name: David J. O'Connell
Law Firm Name: Goldberg Segalla LLP
Address: 222 West Adams Street, Suite 2250

City: Chicago   State: IL   Zip: 60606
Phone Number w/Area Code: (312) 572-8405
City and State of Residence: Geneva, IL
Primary E-mail Address: doconnell@goldbergsegalla.com
Secondary E-mail Address: ccarlson@goldbergsegalla.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jennifer L. Rediehs
Law Firm Name: Goldberg Segalla LLP
Address: 777 S. Figueroa Street, Suite 2000

City: Los Angeles   State: CA   Zip: 90017
Phone Number w/Area Code: (213) 415-7200   Bar #: 349557

**ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 17, 2024          /s/ John A. Mendez
                                  JUDGE, U.S. DISTRICT COURT