

# United States District Court
# Eastern District of California

| KATHLEEN HOENOW |
|---|
Plaintiff(s)

Case Number: 2:22-CV-00747-JAM-CKD

V.

| SUNBEAM PRODUCTS, INC. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael K. Johnson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Kathleen Hoenow

On 10/27/1995 (date), I was admitted to practice and presently in good standing in the Supreme Court of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/07/2024         Signature of Applicant: /s/ Michael K. Johnson

U.S. District Court – Pro Hac Vice Application  
Revised July 6, 2021                                                                                     Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Michael K. Johnson
Law Firm Name: Johnson Becker, PLLC
Address: 444 Cedar Street, Suite 1800

City: St. Paul   State: MN   Zip: 55101
Phone Number w/Area Code: (612) 436-1800
City and State of Residence: Mahtomedi, Minnesota
Primary E-mail Address: mjohnson@johnsonbecker.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jordon Harlan
Law Firm Name: HARLAN LAW, P.C.
Address: 1245 Island Avenue

City: San Diego   State: CA   Zip: 92101
Phone Number w/Area Code: (619) 870-0815   Bar #: 273978

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 07, 2024

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT